IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:06CR470 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Judge Peter C. Economus |
| | ) | |
| EDDIE U. TAYLOR, | ) | |
| | ) | ORDER |
| Defendant. | ) | (Adopting Docket No. 8) |

On September 27, 2006, Eddie U. Taylor, defendant, was charged by Information with six (6) counts of bank robbery in violation of 18 U.S.C. § 2113(a).  (Docket No. 1.)   The Defendant waived indictment.

On September 28 2006, this matter was referred to a United States Magistrate Judge pursuant to General Order 99-49, and with the consent of the parties, for the purpose of accepting the Defendant's plea of guilty.  At a hearing held on October 3, 2006, the Defendant, accompanied by counsel, proffered a plea of guilty as to Counts 1 and 3-5 of the Information.

The Magistrate Judge issued a Report and Recommendation documenting the Defendant's plea.  (Docket No. 8.)  The Report indicates that the Defendant was advised of his rights, and that the hearing otherwise complied with all requirements imposed by the United

States Constitution and Federal Criminal Procedure Rule 11.  Finding that the plea was made knowingly, intelligently, and voluntarily, the Magistrate recommends that this Court accept and enter the Defendant's plea of guilty as to Counts 1 and 3-5 of the Information.

Pursuant to General order 99-49, and absent any objections by the parties, the Court accepts and adopts the Report and Recommendation of the Magistrate Judge.  In doing so, the Court finds that the Defendant knowingly, intelligently, and voluntarily entered a plea of guilty as to Counts 1 and 3-5 of the Information, and that all of the requirements imposed by the United States Constitution and Fed. R. Crim. P. 11 have been satisfied.  Therefore, the Court finds that the Defendant committed the offenses charged in Counts 1 and 3-5, and hereby accepts and enters the Defendant's plea of guilty.

IT IS SO ORDERED.


Date: October 25, 2006        */s/ Peter C. Economus*       
                                                     UNITED STATES DISTRICT JUDGE